| | |
|---|---|
| Erin Lane<br>Washington Law Group, PLLC<br>10700 Meridian Ave N Ste 109<br>Seattle WA 98133<br>206-624-3644 | Honorable Christopher Alston<br>Chapter 7<br>Hearing Date: 4/24/2020 at 9:30 am<br>Response Date: 4/17/20<br>Location Seattle Rm 7206 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

**Linda Lee Parker,**

        **Debtor.**

Case No. 19-10862
**REPLY TO OBJECTION MOTION FOR AN ORDER TO COMPEL ABANDONMENT**

## REPLY

COMES NOW THE DEBTOR, by and through her attorney, Erin Lane, and replies to the Trustee's objection as follows:

The Trustee asserts that the Debtor still listed the property for sale after rejecting an offer from the Trustee to sell her house. This is no true.

As soon as the Trustee notified counsel in December 2019 that the house was on the market for sale the Debtor was notified. The Debtor took the necessary steps to remove the house from the market. The Debtor was confused on receiving from the bankruptcy court the bankruptcy court that the Chapter 13 she converted from was finalized. This was relayed to the Trustee.

The Debtor also plans on using the proceeds of the sale of the house to acquire another dwelling for herself. The Debtor's son, David Parker, has stepped in to make sure that the Debtor is not confused throughout this process. He has assured counsel the steps were taken

- 1 -  MOTION TO ABANDON

Washington Law Group
10700 Meridian Ave N Ste 109
Seattle WA 98133
206-624-3644
206-400-7919 Fax

to remove the house and that the proceeds will be used to acquire a dwelling for the debtor. The Debtor is still entitled to her homestead exemption. (see enclosed declaration of David Parker).

After discussing the debtor's rejection of the Trustee's offer the Trustee suggested, more than once, a motion to abandon be filed. After nothing had happened for months on the case the Debtor, through counsel, filed the motion to abandon. The sale of the house would not create a meaningful distribution to creditors.

WHEREFORE, Debtor requests the entry of an order of abandonment of the Property from the bankruptcy estate pursuant to 11 U.S.C. §554(b) and for such other and further relief as is just.

/s/Erin Lane
Erin Lane, WSBA #42504
Attorney for Debtor

- 2 -  MOTION TO ABANDON

Washington Law Group
10700 Meridian Ave N Ste 109
Seattle WA 98133
206-624-3644
206-400-7919 Fax