Erin Lane WSBA 42504  
Washington Law Group, PLLC  
10700 Meridian Ave N Ste 109  
Seattle, WA 98133  
Tel. 206.624.3644  
FAX 206.400.7919  

Honorable Christopher M. Alston  
Chapter 13  
Hearing Date 4/24/2020 9:30 am  
Response Date: 4/17/2020  
Location: Seattle, 7206  

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  

In re:

**LINDA PARKER**,

Debtor.

**Case No.: 19-10862**

**DECLARATION OF DAVID PARKER**

I, am David Parker. I am the son of the debtor Linda Parker. I declare under penalty of perjury the following is true and correct.

My mother received the paperwork dismissing the bankruptcy (chapter 13) and thought the bankruptcy was done and so thought she was able to sell the house. What she didn't realize was the paperwork was dismissing the Chapter 13 in leu of the chapter 7. It was not until Erin Lane notified us that the trustee wanted us to remove the house from the market that we knew any differently. I immediately got ahold of Erin and she explained that the bankruptcy was not finalized. I then had my mom send me what she received from the court and realized that she had misunderstood what she received and there was a mistake on her part. I explained to her that the bankruptcy was not done and we needed to pull the house off of the market immediately. We immediately contacted the realtor, mid November or early December if I recall correctly, and let them know we had misunderstood the situation with the court and that the listing for the house

DECLARATION - 1

Washington Law Group, PLLc  
10700 Meridian Ave N Ste 109  
Seattle, WA 98133  
P 0 206.624.3644

Case 19-10862-CMA    Doc 60    Filed 04/21/20    Ent. 04/21/20 08:28:34    Pg. 1 of 4

needed to be removed. We again followed up in January, after the holidays to make sure this happened. We were told we needed to sign some paperwork to get it removed which was done 1/31/2020. I had been traveling on business and had instructed my mom to do nothing going forward without my review so that we could make sure we were complying with the courts. (please see attached document)

Today, I spoke to the listing agent and she told me she removed the listing several months ago and she doesn't know why the trustee would think it is temporarily removed. She was going immediately to make sure it was removed and was going to follow up with the NWMLS to see what's going on. We are not clear on why there was a delay in the first place or why the listing still appears but we have worked in earnest to make sure it was removed in compliance with what's being asked. Despite the Trustees assertion that we did not act in good faith, once we realized the misunderstanding, we have done everything we can to make sure we are complying with what has been asked of us.

Any proceeds from the sale of the house if we were able to sell it were originally intended to be used in the purchase of a new residence for my mother in a retirement community in Arizona. Unfortunately, those potential proceeds are rapidly diminishing due to interest and Fee's that are accumulating because this is taking so long. We intend to take whatever proceeds we may receive and apply that to a new dwelling if possible or leverage it to care for my mothers needs (residence, prescriptions, etc for as long as possible.

My mothers is also currently caring for my adult sister who has disabilities of her own and is currently not able to work. Both have diabetes as well. My Mom is currently

DECLARATION - 2

Washington Law Group, PLLc
10700 Meridian Ave N Ste 109
Seattle, WA 98133
P 0 206.624.3644

Case 19-10862-CMA    Doc 60    Filed 04/21/20    Ent. 04/21/20 08:28:34    Pg. 2 of 4

receiving $1,937.72 with Social Security and the remainder of my father benefits. That is her only income.

Her is a list of some of her current expenses, that are $1273.47 and are broken out below.

Electric - $227 a month

Water - $79

food - $272

Car Insurance - $110

Life Insurance - $32.54

garbage - $169

Internet - $55

Phone - $80

Netflix - $14.29

Medicare - $2

Prescriptions - $232.64

The above doesn't include any cost associated for a residence.

My mom has not acted in bad faith, she simply misunderstood what was going on and once we realized the mistake, we took appropriate actions to comply. She lost her husband, she is the care giver for her disabled daughter and she is living on a very small income. We are begging the court to let her sell the house and take whatever equity is left to get settled somewhere and try and get on with her life. This has been very stressful on her and difficult for

DECLARATION - 3

Washington Law Group, PLLc
10700 Meridian Ave N Ste 109
Seattle, WA 98133
P 0 206.624.3644

her to deal with. Its creating anxiety, uncertainty, which only adds to the depression of just having lost her husband.

I am now managing the process with my mom to make sure there are no more issues and I will be managing her move into a suitable residence as well as her long term care going forward

UNDER PENALTY OF PERJURY, I DECLARE I HAVE READ THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE BELIEVE IT TO BE TRUE.

Dated this _4/21/20__

/s/ David Parker
David Parker
Son of Debtor

DECLARATION - 4

Washington Law Group, PLLc
10700 Meridian Ave N Ste 109
Seattle, WA 98133
P 0 206.624.3644