Authentisign ID: D338421F-C6E8-4E4A-9C9F-C08FB325A1A0

Form 19
Listing Status Report
Rev. 2/17
Page 1 of 1

©Copyright 2017
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

## STATUS CHANGE INPUT SHEET FOR ALL PROPERTY TYPES

Property Address: **31327 12th Pl S Federal Way** **98003** Area: **110** Listing #: **1546239**
Seller: **Linda L Parker**
Firm: **Gryphon Real Estate** Office ID #: **6363** Telephone: **206-741-1025**
Listing Broker: **Desiree Blas** LAG ID #: **125363** Telephone: **253-273-4446**

Check the box for the status change needed and fill in the new information.  (*) Indicates Required Fields

☐ **Price Change - Seller Signature Required**
Check One: ☐ Reduced ☐ Increased
LP $ _____ (New List Price)

☐ **Temporarily Off-Market** *Must be entered by NWMLS*
**Seller Signature Required**
_____ (Inactive Date/TOMK Date-MM/DD/YY)
Reason: _____

☐ **Extend Expiration Date - Seller Signature Required**
For active listings only. If expired, use Form 18 (Amendment to Listing Agreement).
XD _____ (Current Expiration Date - MM/DD/YY)
XD _____ (New Expiration Date - MM/DD/YY)

☐ **Sale Fail Release (i.e. Cancelled)** *Pending or Contingent Listings*
**DB or Branch Manager Signature Required**
_____ (Inactive Date - MM/DD/YY)
XD _____ (Expiration Date - MM/DD/YY)

☐ **Back to Active**
**(From Contingent, Pending, Expired or TOMK)**
_____ (Back to Active Date - MM/DD/YY)

☑ **Cancelled**
**DB or Branch Manager Signature Required**
**01/31/20** _____ (Inactive Date - MM/DD/YY)

☐ **Contingent**
_____ (Contingent Date - MM/DD/YY)
FIN _____ (Financing - See Codes)
SO _____ (Selling Firm MLS ID Number)
PRC _____ (Purchaser Name)

☐ **Rented – Rental Property Type Only**
* _____ (Lease/Rental Date - MM/DD/YY)
*$ _____ (Lease/Rented Price)

☐ **Pending**
☐ **Pending Inspection**
☐ **Pending Feasibility**
☐ **Pending BU Requested - Seller Signature Required**
☐ **Pending Short Sale - Additional Offers Requested**
PD _____ (Pending Date - MM/DD/YY)

☐ **SOC – Changes**
**Seller and DB or Branch Manager Signature Required**
_____ Old SOC - **Required**
_____ New SOC - **Required**

☐ **Sold – Closed Sale**
*CLO _____ (Sold/Closing Date - MM/DD/YY)
*FIN _____ (Financing - See Codes)
*SA _____ (Selling Broker ID Number)
Co-SA _____ (Co-Selling Broker ID Number)
*SP $ _____ (Selling Price)
*SO _____ (Selling Firm MLS ID Number)
Co-SO _____ (Co-Selling Firm MLS ID Number)
*PRC _____ (Purchaser Name)
Seller Concessions ☐ Yes ☐ No

☐ **Other Changes**
Write in field name abbreviation followed by new or changed information.
Field Name: _____
New Information: _____
_____
_____
_____
_____
_____
_____

**Financing Codes (FIN)**
1) CONVENTIONAL
2) FHA
3) VA
4) CASH
5) ASSUME
6) DOT
7) RFC
8) EXCH
9) OTHER
10) NON-DISCLOSURE
11) GEM
12) ARM
13) ST/B
14) WRP
15) USDA

☐ Additional space required, see attachment

*Linda L Parker* (Authentisign)
Seller Signature  Date
1/31/2020 7:13:14 PM PST
01/31/2020

Seller Signature  Date

*Desiree Blas* (Authentisign)
Broker Signature  Date
1/31/2020 9:38:09 PM PST
01/31/2020

*Shannon McGilvery* (Authentisign)
DB or Branch Manager Signature  Date
1/31/2020 2:31:24 PM PST
01/31/2020

Date Input: 01/31/2020
By: 1/31/20

Case 19-10862-CMA    Doc 60-1    Filed 04/21/20    Ent. 04/21/20 08:28:34    Pg. 1 of 1