# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:

Linda Lee Parker,

        Debtor.

Case No. **19-10862**

ORDER ON MOTION TO COMPEL ABANDONMENT

THIS MATTER came before the Court on the Debtor's motion for order to compel abandonment of the real property located at 31327 12th Pl S, Federal Way, WA 98003. The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that:

1. Pursuant to 11 U.S.C. §554(b) the real property located at 31327 12th Pl S, Federal Way, WA 98003, King County Tax ID 787520-0150 and legally described as

ORDER ON MOTION TO COMPEL ABANDONMENT

Washington Law Group, PLLC
10700 Meridian Ave N Ste 109
Seattle, WA 98133
206-400-7919 Fax
206-624-3644 - phone

Page 1

Soundcrest Div #2, Plat Block 5, Plat Lot 4

IS ABANDONED from the bankruptcy estate.

///End of Order///

Presented by:

*/s/ Erin Lane*
Erin Lane
Attorney WSBA #42504

ORDER ON MOTION TO COMPEL ABANDONMENT

Washington Law Group, PLLC
10700 Meridian Ave N Ste 109
Seattle, WA 98133
206-400-7919 Fax
206-624-3644 - phone

Page 2